UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYRONE HUMPHREY and BRANDI HUMPHREY, ) ) ) Plaintiffs ) ) v. ) ) DAVID JUSTO and ) COLUMBUS FREIGHT, LLC, ) ) Defendants ) | No. 3:14-1187 Judge Nixon/Brown **Jury Demand** |

### **O R D E R**

The Plaintiff has filed a motion to consolidate actions and file an amended complaint in the cases of *Tyrone Humphrey*, Case 3:14-1187 (Docket Entry 8) and *Brandi Humphrey*, Case 3:14-1188 (Docket Entry 9). The motions are **GRANTED** and the **Clerk** will consolidate these cases.

In view of this amendment, which now combines the Humphreys' complaint against David Justo and Columbus Freight, LLC into a single document, Case 3:14-1188 will termed as **MOOT**. All further filings in this matter should be done in the lead case, Case 3:14-1187.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge